UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CV #: 98-560

UNITED STATES OF AMERICA,  ) HON. John Gleeson
        Plaintiff,  ) Claim No. C-66973
)
v.  )  **FILED**
)  IN CLERK'S OFFICE
Candice Watson  )  U.S. DISTRICT COURT E.D.N.Y.
)
        Defendant(s),  )  ★ FEB 21 2006 ★
)
and  )
)  **BROOKLYN OFFICE**
SUNY Downstate Medical Center

        Garnishee  )

### GARNISHEE ORDER

The annexed affirmation of Liberatore J. Iannarone, an attorney for the plaintiff, shows that a Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee, or the Garnishee has voluntarily furnished us with employment verification. A copy of the Answer of the Garnishee, or the verification letter will be annexed, stating that the Garnishee had in its possession or his control personal property belonging to and due to the defendant, Candice Watson , and that garnishee was indebted to defendant, Candice Watson , the sum of $675.00 bi-weekly as a result of the garnishees employment of defendant Candice Watson .

The defendant, Candice Watson , was served with Notice of his/her right to a hearing to determine exempt property as provided for in Section 28 U.S.C., 3205(5) and has not requested a hearing to determine exempt property.

Now, on motion of Mullen & Iannarone, P.C., attorneys for the Plaintiff, it is ordered that the Garnishee pay the sum equal to 10% of the defendant's net disposable weekly earnings to the plaintiff, payments made payable to the U.S. Department of Justice, and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Candice Watson , or until further Order of the Court.

SO ORDERED;

Dated:

    s/John Gleeson                    2/13/06
_____
UNITED STATES DISTRICT COURT JUDGE